Alex Asil Mashiri, Esq. (SBN 283798)
**MASHIRI LAW FIRM**
A Professional Corporation
11251 Rancho Carmel Drive #500694
San Diego, CA 92150
Phone: (858) 348-4938
Fax: (858) 348-4939

Attorney for Plaintiff:
BERNADETTE DOCTOR

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE DOCTOR | Case No. **'15CV0634 GPC BGS** |
| Plaintiff, | |
| vs. | **COMPLAINT FOR DAMAGES** |
| ASSET ACCEPTANCE, LLC; and DOES 1 through 25 | **[DEMAND FOR JURY TRIAL]** |
| Defendants. | |

Plaintiff BERNADETTE DOCTOR alleges as follows:

## I.
## INTRODUCTION

1.     Plaintiff BERNADETTE DOCTOR (hereinafter referred to as "Plaintiff"), brings this lawsuit against ASSET ACCEPTANCE, LLC (hereinafter "AA") and DOES 1 through 25 (sometimes collectively referred to as "Defendants"), for violations of the Federal Fair Debt Collection Practices Act ("FDCPA") and Rosenthal Fair Debt Collections Practice Act ("RFDCPA").  Accordingly, Plaintiff

brings this action to seek civil penalties, statutory damages, attorneys' fees and costs, and other relief the Court deems appropriate.

## II.
## PARTIES

2.      Plaintiff is, and at all times mentioned herein was, an individual, residing in the city of Bonita, County of San Diego, State of California.

3.      Plaintiff is a consumer as defined by 15 U.S.C. section 1692a(3) and a debtor as that term is defined by California Civil Code section 1788.2(h).

4.      Plaintiff is informed and believes, and thereupon alleges, that AA is, and at all times mentioned herein was, a limited liability company, who was conducting and engaging in business in the County of San Diego, State of California.

5.      Plaintiff is informed and believes, and thereupon alleges, that AA is a debt collector who regularly collects or attempts to collect, directly or indirectly, debts owed, due, or asserted to be owed or due.

6.      All Defendants attempted to collect a consumer debt as defined under the FDCPA and RFDCPA.

7.      Plaintiff is ignorant of the true names and capacities of those Defendants sued herein as DOES 1 through 25, and therefore sues those Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when such names and responsibilities are ascertained.  Plaintiff is informed and believes and on that basis alleges that each of the fictitiously named Defendants is responsible in some manner for the occurrences alleged in this complaint, and that

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500604
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 858-348-4939

Plaintiff's claims alleged in this complaint were proximately caused by such Defendants.

8.     Plaintiff is informed and believes and thereupon alleges that at all times herein mentioned each of the Defendants was the agent, servant, employee, or partner of each of the remaining defendants and, in committing the acts and omissions hereinafter alleged, was acting within the course and scope of such agency, employment, partnership, or other business relationship, and were each responsible for the acts and omissions alleged in this complaint.

### III.
### JURISDICTION AND VENUE

9.     This Court has jurisdiction under 15 U.S.C. section 1692k(d), 28 U.S.C. section 1331, and 28 U.S.C. section 1367 for supplemental state claims.

10.     This action arises out of Defendants' violations of the FDCPA and RFDCPA.  Because Defendants do business within the State of California, County of San Diego, personal jurisdiction is established.

11.     Venue is proper pursuant to 28 U.S.C. section 1391.

### IV.
### RELEVANT FACTS

12.     AA sent Plaintiff a collection letter, dated July 1, 2014, attempting to collect a debt in the amount of $4,369.40.  The debt was allegedly owed to Navy Federal Credit Union.  A copy of the July 1, 2014 collection letter sent to Plaintiff by AA is attached hereto as **Exhibit 1**, and is incorporated herein by reference.

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500604
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

13.     The July 1, 2014 collection letter did not state the interest rate charged, or the portion of the debt that is principal and the portion of the debt that is accrued interest or other fees.

14.     The July 1, 2014 letter stated in part the following:

**Please note that the Current Balance was calculated on 06/17/2014 and may vary due to payments and/or accrual of interest after that date.**

15.     On August 15, 2014, Plaintiff's counsel sent a letter to AA, informing them that Plaintiff is represented by his office.  The letter also disputed the debt and requested a verification of the debt.  Plaintiff's counsel also requested any and all documents evidencing that Plaintiff entered into any agreement allowing AA to collect interest on the debt.  A copy of the August 15, 2014 letter sent to AA is attached hereto as **Exhibit 2**, and is incorporated herein by reference.

16.     On August 20, 2014, AA sent Plaintiff's counsel a letter acknowledging the request for a claim validation, but the letter did not include any documents or agreements allowing AA to collect interest. A copy of the August 20, 2014 letter sent to Plaintiff's counsel by AA is attached hereto as **Exhibit 3**, and is incorporated herein by reference.

17.     Despite having actual knowledge that Plaintiff was represented by an attorney, AA sent a collection letter, dated September 1, 2014, directly to Plaintiff attempting to collect an alleged debt in the amount of $4,408.63.  A copy of AA's letter is attached hereto as **Exhibit 4**, and is incorporated herein by reference.

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500604
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

18.     The September 1, 2014 collection letter did not state the interest rate charged, or the portion of the debt that is principal and the portion of the debt that is accrued interest or other fees.

19.     The September 1, 2014 letter stated in part the following:

> **Please note that the Current Balance was calculated on 08/18/2014 and may vary due to payments and/or accrual of interest after that date.**

## V.
## <u>FIRST CAUSE OF ACTION</u>
**(Violation of the FDCPA against All Defendants)**

20.     Plaintiff re-alleges paragraphs 1 through 19, above, as if fully set forth herein.

21.     Defendants violated the FDCPA by violating 15 U.S.C. sections 1692c(a)(2), 1692(f), 1692(f)(1), 1692e, 1692e(2)(A), and 1692e(10).

22.     Defendants violated 15 U.S.C. section 1692c(a)(2) because it directly contacted Plaintiff in writing on or about September 1, 2014, in an attempt to collect a debt, despite the fact that Plaintiff was represented by an attorney.

23.     Defendants violated 15 U.S.C. section 1692f(1) by attempting to collect an amount that included interest, fees, or other charges from Plaintiff even though it was neither permitted by law nor expressly authorized by an agreement creating the alleged debt.

24.     The July 1, 2014 letter stated that the alleged debt owed was $4,369.40. But the letter stated that the interest was calculated on June 17, 2014, which means

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500604
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 888-4939

that the amount of interest had already increased from the date it was calculated (June 17, 2014) until the date (July 1, 2014) the letter was mailed to Plaintiff. As such the letter is confusing and misleading and the amount stated in the collection letter is false and violates 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), and 1692(f).

25.    The September 1, 2014 letter stated that the alleged debt owed was $4,408.63. But the letter stated that the interest was calculated on August 18, 2014, which means that the amount of interest had already increased from the date it was calculated (August 18, 2014) until the date (September 1, 2014) the letter was mailed to Plaintiff. As such the letter is confusing and misleading and the amount stated in the collection letter is false and violates 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), and 1692(f).

26.    Defendants violated 15 U.S.C. sections 1692e and 1692e(2)(A) because the July 1, 2014 collection letter failed to state the accurate amount of the debt. The letter failed to state the alleged accrued interest on July 1, 2014, when the letter was allegedly sent out. Additionally, the amount of the debt stated in the letter also included interest that was neither permitted by law nor expressly authorized by an agreement creating the alleged debt.

27.    Defendants violated 15 U.S.C. sections 1692e and 1692e(2)(A) because the September 1, 2014 collection letter failed to state the accurate amount of the debt. The letter failed to state the alleged accrued interest on September 1, 2014, when the letter was allegedly sent out. Additionally, the amount of the debt stated in the letter

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500604
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

COMPLAINT FOR DAMAGES

also included interest that was neither permitted by law nor expressly authorized by an agreement creating the alleged debt.

28.     Defendants violated 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), and 1692(f) by stating the amount of the debt as a single sum rather than providing Plaintiff with a breakdown of the debt's accrued interest and other fees.

29.     Defendants violated 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), and 1692(f) by failing to state the interest rate and the amount of interest and other charges that had accrued on the debt.

30.     Defendants violated 15 U.S.C. sections 1692e, 1692e(2)(A), 1692e(10), and 1692(f) by failing to state how or when the amount of the debt had been calculated.

31.     As a result of each and every violation of the FDCPA, Plaintiff is entitled to actual damages pursuant to 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 1692k(a)(2)(A) and reasonably attorneys' fees and costs pursuant to 15 U.S.C. section 1692k(a)(3).

# VI.
## SECOND CAUSE OF ACTION
### (Violation of the RFDCPA against All Defendants)

32.     Plaintiffs re-allege paragraphs 1 through 31, above, as if fully set forth herein.

33.     Any violation of the FDCPA is a violation of California Civil Code section 1788.17, because section 1788.17 incorporates the FDCPA.

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR. # 500694
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939

34.   Defendants violated Civil Code section 1788.17 because they violated 15 U.S.C. sections 1692c(a)(2), 1692(f)(1), 1692e, 1692e(2)(A), and 1692e(10).

35.   As a result of each and every violation of the RFDCPA, Plaintiff is entitled to actual damages pursuant to California Civil Code section 1788.30(a); statutory damages under 1692k(a)(2)(A) which is incorporated by California Civil Code section 1788.17; statutory damages for a knowing or willful violation in the amount of up to $1,000.00 pursuant to California Civil Code section 1788.30(b); and reasonable attorney's fees and costs pursuant to California Civil Code section 1788.30(c).

## VII.
## PRAYER FOR DAMAGES AND OTHER REMEDIES

1.  For compensatory damages;

2.  For statutory damages;

3.  For interest according to law;

4.  For attorneys' fees;

5.  For costs of suit herein incurred; and

6.  For other and further relief as the court may deem proper.

Respectfully Submitted,

DATED: March 20, 2015

**MASHIRI LAW FIRM**
A Professional Corporation

By: /s/ Alex Asil Mashiri
    Alex Asil Mashiri
    Attorney for Plaintiff,
    BERNADETTE DOCTOR

MASHIRI LAW FIRM
A PROFESSIONAL CORPORATION
11251 RANCHO CARMEL DR, # 500604
SAN DIEGO, CA 92150
TEL: (858) 348-4938
FAX: (858) 348-4939